IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| C. EDWIN ALLMAN III, TRUSTEE IN BANKRUPTCY FOR PACE AIRLINES INC., | ) ) ) | CA: 4:09-CV-02389-JMC |
| Substituted Plaintiff(s), | ) ) | |
| V. | ) ) | **RULE 26(f) REPORT** |
| SOUTHERN SKY AIR & TOURS, LLC a/k/a SOUTHERN SKY AIR, LLC d/b/a DIRECT AIR, | ) ) ) ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

X   We agree that the schedule set forth in the Conference and Scheduling Order filed on November 16, 2011, is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.**

☐   We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.**

☐   We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.**

(SIGNATURE PAGE ATTACHED)

## PLAINTIFF(S)            DEFENDANT(S)

*s/J. Boone Aiken, III*_____ _     _*s/Henrietta U. Golding*_____
*Signature of Plaintiff's Counsel*                *Signature of Defendant's Counsel*


*J. Boone Aiken, III_ - Pace Airlines*_____ __     *Henrietta U. Golding – Southern Sky Air & Tours*
*Printed Name of Plaintiff's Counsel*             *Printed Name of Defendant's Counsel*
*and Party Represented*                          *and Party Represented*


_____     _____
*Signature of Plaintiff's Counsel*                *Signature of Defendant's Counsel*


_____     _____
*Printed Name of Plaintiff's Counsel*             *Printed Name of Defendant's Counsel*
*and Party Represented*                          *and Party Represented*


_____     _____
*Signature of Plaintiff's Counsel*                *Signature of Defendant's Counsel*


_____     _____
*Printed Name of Plaintiff's Counsel*             *Printed Name of Defendant's Counsel*
*and Party Represented*                          *and Party Represented*


_____     _____
*Signature of Plaintiff's Counsel*                *Signature of Defendant's Counsel*


_____     _____
*Printed Name of Plaintiff's Counsel*             *Printed Name of Defendant's Counsel*
*and Party Represented*                          *and Party Represented*

*Dated: December 14, 2011*                          *Dated: December 14, 2011*